U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
APR 17 2014
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 6:13CR60045-001 |
| | ) | |
| NEIL PARLIMENT | ) | |

### FINAL ORDER OF FORFEITURE

On February 4, 2014, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed.R.Crim. P. 32.2(b) (Doc. 30). In the Preliminary Order of Forfeiture, an Apple iPhone S/N QR1303X2A4S was forfeited to the United States pursuant to 18 U.S.C. § 2428.

The United States was required to publish notice of this order pursuant to Fed.R.Crim. P. 32.2(b)(6) and 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. § 853(n)(1). On March 17, 2014, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. The deadline for filing a claim was April 14, 2014. No third party claims have been filed.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), a Preliminary Order of Forfeiture becomes final as to a defendant at sentencing.

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

1. That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed. R. Crim. P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on February 4, 2014, shall become final at this time.

IT IS SO ORDERED this 17th day of April, 2014.

HONORABLE SUSAN O. HICKEY
UNITED STATES DISTRICT JUDGE