IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                      Case No. 6:13-cr-60045

NEIL PARLIMENT                                                DEFENDANT

## **ORDER**

Before the Court is Defendant Neil Parliment's Motion for Early Termination of Supervised Release. (ECF No. 35). The Government has filed a response. (ECF No. 36). The Court finds the matter ripe for consideration.

On July 29, 2013, pursuant to a written plea agreement, Defendant pleaded guilty to one count of Enticement of an Individual to Travel in Interstate Commerce for Purposes of Prostitution in violation of 18 U.S.C. 2422(a). On February 3, 2014, the Court sentenced Defendant to a term of forty-five (45) months' imprisonment, with credit for time served in federal custody, followed by five (5) years of supervised release. On September 19, 2016, Defendant was released from the Bureau of Prisons and began serving his term of supervised release, which is scheduled to terminate on September 18, 2021.

On November 19, 2019, Defendant filed the instant motion. Defendant requests early termination of his supervised release, citing his good behavior since his release from imprisonment. Defendant states that he has complied with all requirements of his supervised release, that he has obtained employment, and has had no contact with law enforcement.

The Government objects to early termination of Defendant's supervised release, arguing that Defendant's compliance with the terms of his supervised release is not enough to support early termination. The Government argues that Defendant has failed to identify any serious

impediments which he faces due to remaining on supervised release. The Government concludes that the instant motion should be denied.

The United States Probation Office ("USPO") has advised the Court that it does not oppose the instant motion. The USPO states that while on supervised release, Defendant has maintained employment, has maintained all sex-offender registration requirements, and has complied with the terms of his supervised release. The USPO further states that it appears that Defendant meets all the requirements for early termination of supervised release as imposed by 18 U.S.C. § 3583(e)(1).

A district court may terminate supervised release "if it is satisfied that such action is warranted by conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). In making its determination, the Court must consider factors set forth under 18 U.S.C. § 3553(a), to the extent they are applicable. Section 3553(a) factors include, among others, the nature and circumstances of the offense, the history and characteristics of the defendant, and the need to provide the defendant with correctional treatment in the most efficient manner.

The Court takes note of the Government's objection to early termination of Defendant's probation. However, upon consideration of the factors listed above, the Court finds that Defendant's motion (ECF No. 35) should be and hereby is **GRANTED**.

**IT IS SO ORDERED**, this 16th day of January, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge